JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE DEBTOR NICOLE ANNA MARQUEZ

Case No. 8:26-cv-00013-FLA

**ORDER DISMISSING APPEAL WITHOUT PREJUDICE [DKT. 9]**

On July 31, 2026, the court Ordered Appellant Nicole Anna Marquez ("Appellant") to show cause ("OSC") in writing by August 14, 2026, why the appeal should not be dismissed: (1) for failure to include a copy of the judgment or order from which the appeal is taken, as required by Fed. R. Bankr. P. 8003(a)(3)(B); (2) for failure to file a designation of the items to be included in the record on appeal and a statement of the issues, as required under Fed. R. Bankr. P. 8009(a)(1)(B); and (3) because the underlying bankruptcy action, Case 8:25-bk-13126-MH, was dismissed by the bankruptcy court on January 9, 2026, and the dismissal has not been appealed. Dkt. 9. The court advised Appellant that failure to respond timely shall result in the dismissal of the appeal without further notice from the court. *Id.* Appellant did not file a response timely.

Accordingly, the court DISMISSES the subject appeal without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: August 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge